# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORA BRANCH-ROPER,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Defendant/Counter-Plaintiff. | Case No. CIV-23-280-RAW-DES |

## ORDER

Before the court are the motion to dismiss counterclaim filed by the Plaintiff [Docket Nos. 16 and 17], the response thereto [Docket No. 18], and Magistrate Judge Snow's Report and Recommendation, recommending that the motion be denied [Docket No. 19]. No objection to the Report and Recommendation has been filed.

After a *de novo* review, the court determines that the Report and Recommendation is well-supported by the evidence and the prevailing legal authority. As the Magistrate Judge found, the counterclaim for declaratory relief is not duplicative or redundant. The Report and Recommendation [Docket No. 19] is hereby affirmed and adopted as this court's Findings and Order. Plaintiff's motion to dismiss the counterclaim [Docket No. 16] is hereby denied.

**IT IS SO ORDERED** this 8th day of July, 2024.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**